[No. 16062-1-I.   Division One.   June 23, 1986.]

EDWARD R. SELBERG, ET AL, *Appellants,* v. UNITED PACIFIC INSURANCE COMPANY, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 83-2-02860-4, Arthur E. Piehler, J., entered February 5, 1985. *Reversed* by unpublished opinion per Scholfield, C.J., concurred in by Swanson, J., and Johnsen, J. Pro Tem. Now published at 45 Wn. App. 469.

[No. 15722-1-I.   Division One.   June 23, 1986.]

KING COUNTY, *Respondent,* v. IRENE PRIMEAU, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 854440, James J. Dore, J., entered November 5, 1984. *Affirmed* by unpublished opinion per Johnsen, J. Pro Tem., concurred in by Coleman and Webster, JJ.

[No. 7446-0-II.   Division Two.   June 23, 1986.]

HOLLIDAY & SMITH, INC., *Respondent,* v. VERN C. DAARUD, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Pierce County, No. 82-2-05061-5, Thomas A. Swayze, Jr., J., entered November 4, 1983. *Affirmed* by unpublished opinion per Worswick, C.J., concurred in by Petrich and Alexander, JJ.